## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

Susan Beiersdorfer, et al.,  Plaintiffs

CIVIL CASE NO.   4:19-cv-00260

vs.

JUDGE    Pearson

Frank LaRose, Secretary of State, et al,
   Defendants

### PRAECIPE FOR ISSUANCE

☒    ORIGINAL SUMMONS

☐    ALIAS SUMMONS

☐    THIRD PARTY SUMMONS

☐    CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐    CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐    WRIT OF EXECUTION

☐    OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:  March 21, 2019                    By:  Terry J. Lodge

                                         Attorney for  Plaintiffs