**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION**

| | |
|---|---|
| SUSAN BEIERSDORFER, *et al.*, | : |
| | : |
| Plaintiffs, | : Case No. 4:19-cv-260 |
| | : |
| v. | : JUDGE BENITA Y. PEARSON |
| | : |
| FRANK LaROSE, in his official capacity as Secretary of State of Ohio, *et al.*, | : |
| | : |
| Defendants. | : |

**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE OF DEFENDANT
OHIO SECRETARY OF STATE FRANK LaROSE**

Pursuant to LR 16.3(b) and this Court's Case Management Conference Scheduling Order of March 11, 2019, Defendant Secretary of State Frank LaRose moves this Court to continue the Case Management Conference presently scheduled for May 29, 2019 at 1:30 p.m.  This motion is more fully supported with the attached Memorandum.

        Respectfully submitted,

        DAVE YOST
        Ohio Attorney General

        *s/ Renata Y. Staff*
        RENATA Y. STAFF (0086922)*
         * Trial Attorney
        SARAH E. PIERCE (0087799)
        Assistant Attorneys General
        Constitutional Offices Section
        30 East Broad Street, 16th Floor
        Columbus, Ohio 43215
        Tel: (614) 466-2872; Fax: (614) 728-7592
        renata.staff@ohioattorneygeneral.gov
        sarah.pierce@ohioattorneygeneral.gov

        *Counsel for Defendant Ohio Secretary of State
        Frank LaRose*

**MEMORANDUM IN SUPPORT**

Counsel for Secretary of State LaRose respectfully moves to continue the Case Management Conference ("CMC") presently scheduled for May 29, 2019 at 1:30 p.m. Under this Court's Case Management Conference ("CMC") Scheduling Order, parties and lead counsel are required to attend the CMC. (March 11, 2019, CMC Scheduling Order, Doc. 12.) This order defines "parties" to mean "a person who is most familiar with the actual facts of the case." *Id*. Moreover, a party may move to continue a scheduled CMC "[i]f the presence of a party...will constitute any undue hardship or a continuance is needed[.]" *Id.*

In this case, the person designated as the party representative for Defendant Secretary of State Frank LaRose is his Chief Legal Counsel, Patrick Piccininni. Mr. Piccininni has a planned out-of-state family commitment on May 29, 2019 and is unavailable to participate, either in-person or by telephone, in the CMC presently scheduled for May 29, 2019 at 1:30 p.m. Consequently, and in order to allow Mr. Piccininni to participate in the CMC, counsel for Defendant Secretary of State LaRose request to continue this conference. The undersigned has contacted counsel for the other parties and they have reached consensus on the following agreed dates: June 4, 2019, June 5, 2019.

The parties further request that the CMC take place at 1:30 p.m. or later to accommodate travel.

                                              Respectfully submitted,

                                              DAVE YOST
                                              Ohio Attorney General

                                              *s/ Renata Y. Staff*
                                              RENATA Y. STAFF (0086922)*
                                               * Trial Attorney
                                              SARAH E. PIERCE (0087799)
                                              Assistant Attorneys General

Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (614) 466-2872; Fax: (614) 728-7592
renata.staff@ohioattorneygeneral.gov
sarah.pierce@ohioattorneygeneral.gov

*Counsel for Defendant Ohio Secretary of State Frank LaRose*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court for the Southern District of Ohio on April 25, 2019.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system.  I further certify that a copy of the foregoing has been served by e-mail or facsimile upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system

*/s/ Sarah E. Pierce*
SARAH E. PIERCE (0087799)
Assistant Attorney General