IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SUSAN BEIERSDORFER, et al.** ) | |
| ) | |
| **Plaintiffs** ) | **CASE NO. 4:19-CV-00260** |
| ) | |
| vs. ) | |
| ) | |
| **FRANK LaROSE, in his official capacity** ) | |
| **as Secretary of State of Ohio, et al.** ) | |
| ) | |
| **Defendants** ) | |

**CERTIFICATE OF SERVICE OF INITIAL DISCLOSURE**

Now come the following Defendants. (1) Medina County Board of Elections members Pamela B. Miller, John V. Welker, Jr., Chuck Calvert, and Larry G. Cray sued in their official capacity, and pursuant to Fed. R. Civ. P. 26(a) and this Court's Case Management Conference Scheduling Order, the undersigned counsel hereby certifies that the Initial Disclosures were served counsel for Plaintiffs on this 2nd day of July, 2019.

                                                            Respectfully submitted,

                                                            S. FORREST THOMPSON
                                                            Medina County Prosecutor

                                                            */s/ Michael K. Lyons*
                                                            MICHAEL K. LYONS (0030792)
                                                           Assistant Prosecuting Attorney
                                                           60 Public Square, 2nd Floor
                                                           Medina, Ohio  44256
                                                           Tel:  (330) 723-9539
                                                           Fax:  (330) 764-8400
                                                           mlyons@medinaco.org
                                                           Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court for the Northern District of Ohio on this 2nd day of July, 2019.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of this Court's electronic filing system.

*Respectfully submitted,*

*S. FORREST THOMPSON*
*Medina County Prosecutor*

*/s/ Michael K. Lyons*
*MICHAEL K. LYONS (0030792)*
*Assistant Prosecuting Attorney*
*60 Public Square, 2nd Floor*
*Medina, Ohio  44256*
*Tel:  (330) 723-9539*
*Fax:  (330) 764-8400*
*mlyons@medinaco.org*
*Attorney for Defendants*