IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Eastern Division (Youngstown)

| | | |
|---|---|---|
| SUSAN BEIERSDORFER, *et al.*, | ) | Case No. 4:19-cv-00260-BYP |
| Plaintiffs, | ) | Judge Pearson |
| v. | ) | |
| FRANK LaROSE, Secretary of State of the State of Ohio, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*　　　　　\*　　　　　\*　　　　　\*　　　　　\*

## **AMENDED SUPPLEMENT TO REPORT OF PARTIES' PLANNING MEETING (SETTLEMENT DEMAND)**

Now come Plaintiffs Susan Beiersdorfer, *et al.*, by and through counsel, and supplement the Report of Parties' Planning meeting with the following information concerning settlement negotiations, as required by the Case Management Conference Scheduling Order:

1) On July 3, 2019, Plaintiffs, by counsel, sent counsel for all Defendants a written demand with a description and monetary breakdown of the damages claimed.

2) On July 10, 2019, Defendant Ohio Secretary of State, by counsel, responded to Plaintiffs' demand. The Secretary of State is the principal defending party.

3) Presently, it does not appear that this matter can be resolved short of adjudication of the issues raised in the Complaint.

                                                   */s/  Terry J. Lodge*
                                                   Terry J. Lodge, Esq.
                                                   316 N. Michigan St., Suite 520
                                                 Toledo, OH 43604-5627
                                                 (419) 205-7084
                                                 tjlodge50@yahoo.com
                                                 lodgelaw@yahoo.com
                                                 Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on July 15, 2019, I deposited a copy of the foregoing Supplement to Report of Parties' Planning Meeting in the Electronic Case Filing system maintained by the Court, and that according to protocols of the system, it was electronically served upon all counsel registered to receive electronic filings.

                                                   */s/ Terry J. Lodge*
                                                 Terry J. Lodge, Esq.
                                                 Co-Counsel for Plaintiffs