PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SUSAN BEIERSDORFER, *et al.*, | |
|     Plaintiffs, | CASE NO. 4:19CV260 |
|   v. | JUDGE BENITA Y. PEARSON |
| FRANK LAROSE, *et al.*, | |
|     Defendants. | **ORDER OF DISMISSAL** |

The Court, having filed its Memorandum of Opinion and Order, hereby dismisses with prejudice the Complaint (ECF No. 1) as to Defendants Richard F. Schoen, Brenda Hill, Joshua Hughes, and David Karmol, in their official capacities as members of the Lucas County Board of Elections, Defendants David Betras, Mark Munroe, Robert Wasko, and Tracey Winbush, in their official capacities as members of the Mahoning County Board of Elections, and Defendant Frank LaRose, in his official capacity as the Ohio Secretary of State, except as to Plaintiffs' claim under Count Eight, alleging a violation of the separation of powers doctrine under Ohio law. Because that claim is barred by Eleventh Amendment sovereign immunity, the Court dismisses the claim without prejudice.

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58. Final.

IT IS SO ORDERED.

| | |
|---|---|
|  August 30, 2019  | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |