PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN BEIERSDORFER, *et al.,* | ) | CASE NO.  4:19-CV-260 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| FRANK LAROSE, *et al*., | ) | **ORDER OF DISMISSAL** |
| | ) | [Resolving ECF No. 1] |
| Defendants. | ) | |

Having filed its Memorandum of Opinion and Order (ECF No. 87), the Court hereby dismisses the Complaint (ECF No. 1).

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
|   April 30, 2020   | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |